**TARA J. ELLIOTT**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**P.O. Box 8329**
**Missoula, MT 59807**
**105 E. Pine, 2nd Floor**
**Missoula, MT 59802**
**Phone: (406) 542-8851**
**FAX: (406) 542-1476**
**tara.elliott@usdoj.gov**

FILED

DEC 28 2021

Clerk, U.S. Courts
District Of Montana
Missoula Division

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 21-62-M-DWM** |
| **Plaintiff,** | **FELONY INFORMATION** |
| **vs.** | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** |
| **JASMINE LORI SNYDER,** | **Title 21 U.S.C. § 841(a)(1)**<br>**Title 18 U.S.C. § 2** |
| **Defendant.** | **(Penalty: Mandatory minimum 10 years up to life imprisonment, $10,000,000 fine, and at least five years supervised release)** |

THE UNITED STATES ATTORNEY CHARGES:

On or about November 29th and 30th of 2021, in Missoula County, in the

State and District of Montana, and elsewhere, the defendant, JASMINE LORI

SNYDER, knowingly and unlawfully possessed with the intent to distribute, 500

1

grams or more of a substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, and did aid and abet the

same, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.


TARA J. ELLIOTT
Assistant United States Attorney


LEIF M. JOHNSON
United States Attorney


JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney