JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
Missoula Branch Office
125 Bank Street, Suite 710
Missoula, Montana 59802
Phone: (406) 721-6749
Fax: (406) 721-7751
Email: john_rhodes@fd.org

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-62-M-DWM |
| Plaintiff, | |
| vs. | MOTION TO CHANGE PLEA |
| JASMINE LORI SNYDER, | |
| Defendant. | |

JASMINE LORI SNYDER, the above-named Defendant, by and through her counsel of record, JOHN RHODES and the FEDERAL DEFENDERS OF MONTANA, hereby moves this Court to allow her to enter a plea of guilty to one count of possession with intent to distribute methamphetamine, as charged in the Information.

A signed plea agreement will be filed under separate cover with no requirement to seal.

Ms. Snyder is presently trying to be rehired by her previous employer. Furthermore, she has been evaluated for chemical dependency treatment and is expected to begin a treatment regimen. She thus requests the Court set her change of plea hearing for later in January 2022, so that she can begin a work and treatment schedule.

RESPECTFULLY SUBMITTED this 28th day of December, 2021.

JASMINE LORI SNYDER

/s/ John Rhodes
JOHN RHODES
Assistant Federal Defender
Federal Defenders of Montana
   Counsel for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2021 a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ____ | Hand Delivery |
| 4 | Mail |
| ____ | Overnight Delivery Service |
| ____ | Fax |
| 3 | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. TARA J. ELLIOTT
   Assistant U.S. Attorney
       Counsel for the United States of America

3. DEREK HART
   MARK HENKEL
   United States Probation Office

4. JASMINE LORI SNYDER
       Defendant

By:   /s/ John Rhodes
      JOHN RHODES
      Assistant Federal Defender
      Federal Defenders of Montana
          Counsel for Defendant