IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–62–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JASMINE LORI SNYDER, | |
| Defendant. | |

This order refers Defendant Jasmine Lori Snyder's request for a change of plea hearing to Magistrate Judge Kathleen L. DeSoto. The Ninth Circuit joined every other circuit in holding that magistrate judges can take guilty pleas, with consent, under 28 U.S.C. § 636(b)(3). *United States v. Reyna-Tapia*, 328 F.3d 1114, 1119 (9th Cir. 2003). Accordingly, Judge DeSoto shall conduct the plea hearing provided the parties consent. The hearing will be set by separate order from Magistrate Judge DeSoto.

DATED this 29th day of December, 2021.

Donald W. Molloy, District Judge
United States District Court