IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE LORI SNYDER,<br><br>Defendant. | CR 21-62-M-DWM<br><br>ORDER |

United States District Judge Donald W. Molloy referred this case to the undersigned to conduct a change of plea hearing. Accordingly,

IT IS ORDERED that Defendant's plea hearing is scheduled for January 14, 2022 at 1:30 p.m., to be held in conjunction with Defendant's arraignment on the Information.

DATED this 30th day of December, 2021

_____
Kathleen L. DeSoto
United States Magistrate Judge

1