IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE LORI SNYDER,<br><br>Defendant. | CR 21–62–M–DWM<br><br><br><br>ORDER |

    United States Magistrate Judge Kathleen L. DeSoto entered Findings and Recommendation in this matter on February 15, 2022. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

    Judge DeSoto recommended this Court accept Jasmine Lori Snyder's guilty plea after Snyder appeared before her pursuant to Federal Rule of Criminal

Procedure 11, and entered her plea of guilty to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1), as set forth in the Information filed against her.

I find no clear error in Judge DeSoto's Findings and Recommendation (Doc. 31), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing, when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Jasmine Lori Snyder's motion to change plea (Doc. 15) is GRANTED. Jasmine Lori Snyder is adjudged guilty as charged in the Information.

DATED this 2nd day of March, 2021.

_____
Donald W. Molloy, District Judge
United States District Court