IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–62–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| JASMINE LORI SNYDER, | |
| Defendant. | |

Defendant Jasmine Lori Snyder having moved unopposed to withdraw her motion to file a statement of acceptance of responsibility,

IT IS ORDERED that Snyder's motion, (Doc. 37), is GRANTED.

DATED this 18th day of May, 2022.

_____
Donald W. Molloy, District Judge
United States District Court