AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)  Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jasmine Lori Snyder | ) | Case No: CR 21-62-M-DWM |
| | ) | USM No: 76642-509 |
| Date of Original Judgment: 05/26/2022 | ) | |
| Date of Previous Amended Judgment: _____ | ) | David F. Ness |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __63__ months **is reduced to** __Time Served__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __05/26/2022__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: August 6, 2024

Effective Date: August 19, 2024
*(if different from order date)*

*Judge's signature*

Donald W. Molloy, U.S. District Judge
*Printed name and title*